```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


ADR INC., ET AL.                        CIVIL ACTION

VERSUS                                  NO: 06-10890

ALLSTATE INSURANCE COMPANY              SECTION: "J"(2)
AND JAY CAMBIAS INSURANCE
AGENCY, L.L.C.
```

### ORDER AND REASONS

Before the Court is Plaintiffs' **Motion to Remand (Rec. Doc. 2)**. Defendants Allstate Insurance Company and Jay Cambias Agency, L.L.C. ("Cambias") opposed this motion, which is set for hearing on February, 14, 2006 on the briefs alone. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in <u>Chieh v. Colony Ins. Co.</u>, 2006 WL 3437502 (E.D. La. Nov. 27, 2006) in its discussion of improper joinder of J. Everett Eaves, Inc., and <u>Ron-Del Floor Service, Inc. v. St. Paul Travelers Ins. Co.</u>, 2006 WL 3437527 (E.D. La. Nov. 27, 2006) in its discussion of peremption, Plaintiffs' motion to remand should be denied and the claims against Cambias should be dismissed. Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Remand (Rec. Doc. 2)** should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Jay

1

Cambias Agency, L.L.C. are hereby **DISMISSED**.

New Orleans, Louisiana this 9th day of February, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE